HON. MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LLOYD EVAN BRADOW D/B/A PENINSULA CONTRACTING AND ROOFING, individually and on behalf of all others similarly situated,

Plaintiff,

v.

CEDAR SHAKE & SHINGLE BUREAU, a Washington non-profit corporation; WALDUN FOREST PRODUCTS, LTD., a British Columbia corporation; ANBROOK INDUSTRIES LTD, a British Columbia corporation; and G&R CEDAR LTD., a British Columbia corporation,

Defendants.

NO. 2:19-cv-00577-MJP

▆▆▆▆▆▆▆ ORDER GRANTING MOTION TO APPOINT INTERIM CO-LEAD COUNSEL FOR THE DIRECT PURCHASER PLAINTIFF (DPP) CLASS

THIS MATTER came before the Court on Plaintiffs' Motion to Appoint Interim Co-Lead Counsel for the Direct Purchaser Plaintiff (DPP) Class.

Having reviewed the motion and all filings related to the motion, it is HEREBY ORDERED that, pursuant to Fed. R. Civ. P. 23(g)(3), Hausfeld LLP and Tousley Brain Stephens PLLC are appointed as interim co-lead class counsel to represent the Direct Purchaser Plaintiffs ("DPPs") and the DPP class in this litigation.

▆▆▆▆▆▆ ORDER (2:19-cv-00577-MJP) - 1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

DATED this 9th day of July, 2019.

_____
Honorable Marsha J. Pechman
UNITED STATES DISTRICT JUDGE

Presented by:

**TOUSLEY BRAIN STEPHENS PLLC**

By: /s/ Kim D. Stephens
   Kim D. Stephens, WSBA #11984
   Kaleigh N. Powell, WSBA #52684
   Jason T. Dennett, WSBA #30686
1700 Seventh Avenue, Suite 2200
Seattle, WA 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
Email: kstephens@tousley.com
       jdennett@tousley.com
       kpowell@tousley.com

Paul Gallagher (*admitted pro hac vice*)
James J. Pizzirusso (*admitted pro hac vice*)
Nathaniel C. Giddings (*admitted pro hac vice*)
HAUSFELD LLP
1700 K. St., NW, Suite 650
Washington, DC 20006
Telephone: 202-540-7200
Facsimile: 202-540-7201
Email: pgallagher@hausfeld.com
       jpizzirusso@hausfeld.com
       ngiddings@hausfeld.com

Bonny Sweeney (*admitted pro hac vice*)
Samantha Stein (*admitted pro hac vice*)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone: 415-633-1908
Facsimile: 415-217-6813
Email: bsweeney@hausfeld.com
       sstein@hausfeld.com

[PROPOSED] ORDER (2:19-cv-00577-MJP) - 2

1  Larry D. Lahman (*admitted pro hac vice*)
   Roger L. Ediger (*admitted pro hac vice*)
2  MITCHELL DeCLERCK
   202 West Broadway Avenue
3  Enid, Oklahoma 73701
   Tel.: 580-234-5144
4  Fax: 580-234-8890
   Email: larry.lahman@sbcglobal.net
5         rle@mdpllc.com

6  *Counsel for Plaintiff and the Putative Direct Purchaser Class*

[█████] ORDER (2:19-cv-00577-MJP) - 3

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED at Seattle, Washington, this 17th day of June, 2019.

*s/Kim D. Stephens*
Kim D. Stephens

6598/001/537819.1

[PROPOSED] ORDER (2:19-cv-00577-MJP) - 4

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992