# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| *In re Cedar Shake and Shingle Antitrust Litigation*<br><br>This Document Relates to:<br>ALL CLASS ACTIONS | CASE Nos.<br>2:19-cv-00288-MJP<br>2:19-cv-00451-MJP<br>2:19-cv-00577-MJP<br><br>**PRETRIAL CONSOLIDATION AND INITIAL CASE MANAGEMENT ORDER** |

The following Order shall govern pretrial matters in the above-referenced actions.[1]

## PRETRIAL CONSOLIDATION

1.   *Liebo, et al. v. Cedar Shake & Shingle Bureau, et al.*, No. 2:19-cv-00288 shall be designated the "End User Action."[2]

2.   *Fraser Construction Company, Inc., et al. v. Cedar Shake & Shingle Bureau, et al.*, No. 2:19-cv-00451 shall be designated the "Reseller Action."

3.   *Bradow v. Cedar Shake & Shingle Bureau, et al.*, No. 2:19-cv-00577 shall be

---

[1] The Parties are continuing to meet and confer with S&W Forest Products Ltd. (Case No. C19-202 MJP, W.D. Wash.) regarding coordination of its action with these proceedings.

[2] Pursuant to the Court's Stipulation and Order to Consolidate Cases, No. 2:19-cv-00784-MJP ECF No. 32, the case *ZRD Group, LLC v. Cedar Shake & Shingle Bureau, et al.*, was consolidated with the *Liebo* End User Action.

designated the "Direct Purchaser Action."

4. The End User Action, the Reseller Action, and the Direct Purchaser Action shall collectively be referred to as the "Class Actions."

5. This order does not constitute a determination that these actions should be consolidated for trial, nor does it have the effect of making any entity a party to an action in which it has not been joined and served in accordance with the Federal Rules of Civil Procedure.

6. Any lawyer who has been admitted pro hac vice in any of these actions need not seek pro hac vice admission in any other action; a single pro hac vice admission in the consolidated Class Action proceedings is sufficient. Any lawyer who has filed a notice of appearance in any of the above Class Actions need not notice an appearance in any other action; a single notice of appearance in these consolidated proceedings is sufficient. It is incumbent upon the lawyer to ensure his or her appearance is listed in the consolidated proceedings for ECF purposes.

## CAPTION

7. The Class Actions will be coordinated into one docket for pretrial purposes only into Case No. 2:19-cv-00288-MJP. Every pleading or other document filed in any of the Class Actions listed above, and in any separate action subsequently consolidated herewith, must bear the following caption and be filed in the following case:

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| *IN RE CEDAR SHAKE & SHINGLE ANTITRUST LITIGATION* | No: 2:19-cv-00288-MJP |
|---|---|
| This Documents Relates to: | |

8. When a filing is intended to be applicable to all Class Actions to which this Order is applicable, the words, "All Class Actions" shall appear immediately after the words, "This

PRETRIAL CONSOLIDATION AND INITIAL CASE
MANAGEMENT ORDER
(2:19-cv-00288-MJP) - 2

Document Relates to:" in the caption above. When a filing is intended to be applicable only to some, but not all of such actions, the group name (*e.g.*, Direct Purchaser Action, Reseller Action, or End User Action) and unique docket number or case name for each action to which the filing is intended to be applicable shall appear there.

9. Case Nos. 2:19-cv-00451 and 2:19-cv-00577 shall be administratively closed. The administrative closure of these cases does not trigger any deadlines nor does it affect the substantive rights of any of the parties, such as their right to appeal. Any party in the Direct Purchaser Action or Reseller Action may move at any time to have their respective case dockets reopened.

## NEWLY FILED OR TRANSFERRED ACTIONS

10. Counsel must call to the attention of the Clerk the filing or transfer of any case that might properly be coordinated with these actions and identify the group of actions to which it belongs.

11. **Privileges Preserved**. No communication among Plaintiffs' counsel or among Defendants' counsel shall be taken as a waiver of any privilege or protection to which they would otherwise be entitled.

## STATUS CONFERENCES

12. The first status conference will take place on **Thursday, October 3 at 9:00 am**. The Court will set the time and date for subsequent status conferences at the conclusion of each status conference. Except as otherwise indicated by the Court, counsel for any party may attend status conferences by telephone. The Court will provide a phone bridge line for counsel's use. No later than 48 hours prior to the scheduled time for any status conference, the parties shall file a joint notice of no more than two pages that lists the issues a party or parties wish to discuss at the status conference, or that advises the Court that no status conference is needed, . The parties shall refrain from making arguments in this joint notice.

13. All Parties to Class Actions will accept service of pleadings, motions, discovery requests, discovery responses, and similar documents by email.

14. Pursuant to the Court's Minute Entry (Dkt. 44), Counsel for Plaintiffs in the Class Actions designate Kim Stephens of Tousley Brain Stephens and Defendants designate Heidi Brooks Bradley of Lane Powell as contact counsel for the Court.

| | | |
|---|---|---|
| 1 | Agreed this 21st day of August, 2019. | |
| 2 | | |
| 3 | **MCNAUL EBEL NAWROT & HELGREN PLLC** | **TOUSLEY BRAIN STEPHENS** |
| 4 | | By: *s/Kim D. Stephens*_____ |
| 5 | Gregory J Hollon, WSBA #26311<br>600 University Street, Suite 2700 | Kaleigh N.B. Powell, WSBA #52684<br>Kim D. Stephens, WSBA #11984 |
| 6 | Seattle, WA 98101-3143<br>Phone: (206) 467-1816 | Jason Dennett, WSBA #30686<br>Chase C. Alvord, WSBA #26080 |
| 7 | Fax: (206) 624-5128<br>ghollon@mcnaul.com | 1700 Seventh Avenue, Suite 22200<br>Seattle, WA 98101 |
| 8 | | Phone: (206) 682-5600 |
| 9 | *Liaison Counsel for the Proposed Reseller Plaintiff Classes* | kpowell@tousley.com<br>kstephens@tousley.com<br>jdennett@tousley.com |
| 10 | **BURNS CHAREST LLP** | |
| 11 | | **HAUSFELD LLP** |
| 12 | By: *s/Christopher J Cormier*_____<br>Christopher J Cormier | Bonney Sweeney<br>Samantha Stein |
| 13 | 5290 Denver Tech Center Pkway, Suite 150 | 600 Montgomery Street, Suite3200<br>San Francisco, CA 94111 |
| 14 | Greenwood Village, CO 80111<br>Phone: (720) 630-2092 | Phone: (415) 633-1908<br>bsweeney@hausfeld.com |
| 15 | ccormier@burnscharest.com | sstein@hausfeld.com |
| 16 | **BURNS CHAREST LLP** | **HAUSFELD LLP** |
| 17 | Warren T. Burns<br>Spencer M Cox | James J. Pizzirusso<br>Nathaniel C. Giddings |
| 18 | William B. Thompson<br>900 Jackson Street, Suite 500 | Paul Gallagher<br>1700 K Street NW, Suite 650 |
| 19 | Dallas, TX 75202<br>Phone: (469) 904-4550 | Washington, DC 20006<br>Phone: (202) 540-7200 |
| 20 | wburns@burnscharest.com | jpizzirusso@hausfeld.com |
| 21 | scox@burnscharest.com<br>wthompson@burnscharest.com | ngiddings@hausfeld.com<br>pgallagher@hausfeld.com |
| 22 | BURNS CHAREST LLP | *Co-Lead Counsel for the Proposed Direct Purchaser Plaintiff Class* |
| 23 | Lydia A Wright | |
| 24 | 365 Canal Street, Suite 1170<br>New Orleans, LA 70130 | |
| 25 | Phone: (504) 799-2845<br>lwright@burnscharest.com | |
| 26 | | |

**STOLL STOLL BERNE LOKTING & SHLACHETER PC**

By: *s/Keith Dubanevich*
   Keith Dubanevich
   209 SW Oak Street, Suite 500
   Portland, OR 97204
   Phone: (503) 227-1600
   kdubanevich@stollberne.com

*Co-Lead Counsel for the Proposed Reseller Plaintiff Classes*

**LANE POWELL PC**

By: *s/Heidi Brooks Bradley*
   Jessica Walder, WSBA #47676
   Larry Steven Gangnes, WSBA #8118
   Heidi Brooks Bradley, WSBA #35759
   Joseph Adamson, WSBA #54752
   1420 Fifth Avenue, Suite 4200
   Seattle, WA 98111-9402
   Phone: (206) 223-7035
   Fax: (206) 223-7107
   walderj@lanepowell.com
   gangnesl@lanepowell.com
   bradleyh@lanepowell.com
   adamsonj@lanepowell.com

*Attorneys for Cedar Shake & Shingle Bureau*

**KELLER ROHRBACK L.L.P.**

By: *s/Raymond J. Farrow*
   Mark A. Griffin, WSBA #16296
   Raymond J. Farrow, WSBA #31782
   Karin B. Swope, WSBA #24015
   1201 Third Avenue, Suite 3200
   Seattle, WA 98101
   Phone: (206) 623-1900
   Fax: (206) 623-3384
   mgriffin@kellerrohrback.com
   rfarrow@kellerrohrback.com
   kswope@kellerrohrback.com

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
W. Joseph Bruckner (MN#0147758)
Elizabeth R. Odette (MN#0340698)
Brian D. Clark (MN#00390069)
Arielle S. Wagner (MN#00398332)
100 Washington Avenue S., Suite 2200
Minneapolis, MN 55401
Phone: (612) 339-6900
Fax: (612) 339-0981
wjbruckner@locklaw.com
erodette@locklaw.com
bdclark@locklaw.com
aswagner@locklaw.com

*Co-Lead Counsel for the Proposed End User Plaintiff Classes*

| HILLIS CLARK MARTIN & PETERSON | STOKES LAWRENCE |
|---|---|
| By: *s/Jake Ewart*_____<br>    Laurie Lootens Chyz, WSBA #14297<br>    Jake Ewart, WSBA #38655<br>    Jessica C. Kerr, WSBA #49866<br>    999 Third Avenue, Suite 4600<br>    Seattle, WA 98104<br>    Phone: (206) 623-1745<br>    laurie.chyz@hcmp.com<br>    jake.ewart@hcmp.com<br>    jessica.kerr@hcmp.com<br><br>*Attorneys for G&R Cedar Ltd. and G&R Cedar (2009) Ltd.* | By: *s/Mathew L. Harrington*_____<br>    Mathew L. Harrington, WSBA #33276<br>    1420 Fifth Avenue, Suite 3000<br>    Seattle, WA 98101-2393<br>    Phone: (206) 626-6000<br>    MLH@stokeslaw.com<br><br>*Attorneys for Waldun Forest Products Ltd. and Waldun Forest Products Partnership d/b/a The Waldun Group* |

**YARMUTH LLP**

By: *s/Molly A. Terwilliger*_____
    Elizabeth Simson Weinstein, WSBA #45763
    Molly A. Terwilliger, WSBA #28449
    1420 5TH Avenue, Suite 1400
    Seattle, WA 98101
    Phone: (206) 516-3800
    Fax: (206) 516-3888
    eweinstein@yarmuth.com
    mterwilliger@yarmuth.com

*Attorneys for Anbrook Industries Ltd.*

**IT IS SO ORDERED.**

Dated: __August 28__, 2019.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

PRETRIAL CONSOLIDATION AND INITIAL CASE
MANAGEMENT ORDER
(2:19-cv-00288-MJP) - 8